UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

JULIE SLOAN, a citizen of the State of Iowa, and
STEVEN SLOAN, a citizen of the state of Iowa,

      Plaintiffs,

v.                                                                          Case No. 1:23-cv-232
                                                                         Hon. Paul L. Maloney

DARREN SABUDA, as Personal Representative
to the ESTATE OF JENNIFER JESKEY-SABUDA,
a citizen of the State of Michigan, ~~PEKIN INSURANCE,
a corporation incorporated in the State of Illinois, and
FARMERS AUTOMOBILE INSURANCE
ASSOCIATION, a corporation incorporated
in the State of Illinois,~~

      Defendants.
_____/

| COCHRAN, KROLL & ASSOCIATES, P.C. | MIZEROWSKI THON & PARKER P.C. |
|---|---|
| ELIZABETHANN B. COCHRAN (P79067) | TIMOTHY W. MIZEROWSKI (P43772) |
| JEFFERY M. MUSSIN (P81032) | ROGER J. THON (P73459) |
| Attorneys for Plaintiffs | MATTHEW A. STONE (P72421) |
| 32398 Five Mile Road | Attorneys for Defendant Sabuda |
| Livonia, Michigan 48154-6109 | 43155 Main Street, Suite 2200-B |
| (734) 425-2400 / FAX: (734) 425-7885 | Novi, Michigan 48375 |
| bcochran@cochranlaw.com | (734) 656-1500 / FAX: (734) 656-1505 |
| jmussin@cochranlaw.com | rthon@tmizlaw.com |
| | mstone@tmizlaw.com |
| ~~SECREST WARDLE~~ | astpierre@tmizlaw.com |
| ~~LAUREN A. STERRETT (P80200)~~ | |
| ~~Attorney for Defendants Farmers and Pekin~~ | |
| ~~2600 Troy Center Drive~~ | |
| ~~P.O.Box 5025~~ | |
| ~~Troy, Michigan 48007-5025~~ | |
| ~~(248) 851-9500~~ | |
| ~~lsterrett@secrestwardle.com~~ | |
| ~~dbadgero@secrestwardle.com~~ | |

_____/

**STIPULATED ORDER OF DISMISSAL**

At a session of the said Court,
held in the U.S. District Court for the
Western District of Michigan,

on   November 13, 2024

PRESENT: HON.   PAUL L. MALONEY
                              U.S. DISTRICT COURT JUDGE

This matter having come before the Court on stipulation of the parties below, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or attorney fees to any party.

This Order resolves all pending claims and closes this case.

                                                    /s/ Paul L. Maloney
                                                    United States District Judge

Approved as to form and content:

/s/ Jeffery M. Mussin (with consent)
ELIZABETHANN B. COCHRAN (P79067)
JEFFERY M. MUSSIN (P81032)
Attorneys for Plaintiffs


/s/ Matthew A. Stone
TIMOTHY W. MIZEROWSKI (P43772)
ROGER J. THON (P73459)
MATTHEW A. STONE (P72421)
Attorneys for Defendant Sabuda